IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRIUS EUGENE HALL,                                CV. 06-688-MA

        Petitioner,                                  ORDER

  v.

SHARON BLACKETTER,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#25) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _23_ day of April, 2007.

                                   __/s/  Malcolm F. Marsh_____
                                   Malcolm F. Marsh
                                   United States District Judge

1 -- ORDER